# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**LAMARIAY AKEL WITHERSPOON**<br><br>*Defendant.* | **DOCKET NO. 3:25CR3 MOC**<br><br>**MOTION TO CONTINUE TRIAL DATE** |

Lamariay Akel Witherspoon, by and through his counsel of record, Assistant Federal Defender Steven Slawinski, respectfully requests that this Court continue the trial date presently scheduled for March 3, 2025. As grounds therefore, it is averred:

1. On January 30, 2025, Witherspoon was arraigned on a two-count Bill of Indictment, charging him with firearms offenses. He previously was ordered detained pending trial. Witherspoon faces a substantial term of imprisonment if convicted of the counts against him.

2. Witherspoon has received the government's initial discovery but I have not yet reviewed it with him.

3. At this time, the parties are engaged in plea negotiations in an attempt to avert a trial.

4. Considering the above, I would ask that this case be adjourned to the Court's next trial term. A status conference currently scheduled for February 24, 2025, and a docket call is scheduled for March 3, 2025. It is hoped that the parties can reach a resolution that would be in Mr. Witherspoon's best interest and avoid an unnecessary federal trial that carries greater exposure of punishment for him.

5. Additionally, I would ask that any Speedy Trial Act time be excluded based on this request. The ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Finally, I have spoken to AUSA Sara Kinlaw and she does not oppose this request.

**WHEREFORE,** based on the above, Lamariay Akel Witherspoon respectfully requests a continuance of his trial date until the Court's next criminal term.

Respectfully submitted:

s/Steven Slawinski
Steven Slawinski
N.C. Bar No. 38956
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
Steven_slawinski@fd.org
*Attorney for Lamariay Akel Witherspoon*

DATE: February 14, 2025